**Julio Cesar GUTIERREZ-JARAMILLO,**
**Petitioner-Appellant,**

v.

**FEDERAL CORRECTIONAL INSTI-**
**TUTION GILMER, WARDEN,**
**Respondent-Appellee.**

No. 17-7271

United States Court of Appeals,
Fourth Circuit.

Submitted: March 13, 2018

Decided: March 15, 2018

Julio Cesar Gutierrez-Jaramillo, Appellant Pro Se. Helen Campbell Altmeyer, Erin Carter Tison, Assistant United States Attorneys, OFFICE OF THE UNITED STATES ATTORNEY, Wheeling, West Virginia, for Appellee.

Before NIEMEYER, KING, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Julio Cesar Gutierrez-Jaramillo, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the dis-trict court. *Gutierrez-Jaramillo v. Fed. Corr. Inst. Gilmer,* No. 5:16-cv-00172-FPS-JES, 2017 WL 3476973 (N.D.W. Va., Aug. 14, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*